**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 27, 2022

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Hugo Mendoza**
    **21 Cr. 273 (VEC)**

Dear Judge Caproni:

    I write to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Hugo Mendoza's passport to his daughter, Pierina Mendoza, at an address to be provided to Pretrial Services, upon his voluntary surrender to the Marshals on August 31, 2022. Mr. Mendoza's passport was provided to Pretrial Services when he first began pretrial supervision in 2021. We understand Pretrial Services can only release these documents pursuant to a Court order. The Court sentenced Mr. Mendoza on July 19, 2022. We can provide additional information, if necessary. Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

Application GRANTED.

**SO ORDERED:**

_____ 07/27/2022
**HONORABLE VALERIE E. CAPRONI**
United States District Judge

cc: Ni Qian, Assistant U.S. Attorney
     Ashley Cosme, Pretrial Services Officer