# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 2, 2022

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___08/03/2022___

Re:     **United States v. Hugo Mendoza**
          **21 Cr. 273 (VEC)**

Dear Judge Caproni:

I write to respectfully request that Your Honor permit Hugo Mendoza to voluntarily surrender directly to his designated facility, FMC Devens, in Ayer, Massachusetts, by 10:00 AM on Wednesday, August 31, 2022.

On July 19, 2022, the Court sentenced Mr. Mendoza to, *inter alia*, 24 months' incarceration. The Court ordered Mr. Mendoza to voluntarily surrender to the U.S. Marshals at 500 Pearl Street on August 31, 2022 by 10:00 AM, noting that Mr. Mendoza's designation to a BOP facility by that date was unlikely.

On Monday, August 1, Mr. Mendoza received his voluntary surrender designation notice. *See* Ex. A. Given that Mr. Mendoza has been designated to a BOP facility—FMC Devens—he respectfully requests that the Court permit him to voluntarily surrender directly to the facility by 10:00 AM on August 31, 2022.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender            **SO ORDERED:**
(212) 417-8721

08/03/2022

**HONORABLE VALERIE E. CAPRONI**
United States District Judge


cc:     Ni Qian, Assistant U.S. Attorney
        Ashley Cosme, Pretrial Services Officer

# EXHIBIT A



**U.S. Department of Justice**
United States Marshals Service

**MENDOZA, HUGO JAVIER | Designation Notification**

---

### PRISONER DETAILS

| Name | DOB | SSN | District |
|---|---|---|---|
| MENDOZA, HUGO JAVIER | 05/24/1962 | | S/NY |

| USMS # | UCN/FBI # | Alien Registration # | |
|---|---|---|---|
| 91317-054 | 2AFWCHPAV | - | |

### CASE OVERVIEW

| Court Case # | Sentence Date | Arrest Date |
|---|---|---|
| 1:2021-CR-00273 | 07/19/2022 | 01/28/2021 |

### OFFENSE DETAILS

| Court Case # | Offense | Offense # |
|---|---|---|
| 1:2021-CR-00273 | Dangerous Drugs | 3599 |

### DESIGNATION INFORMATION

**Response**
Designation Completed

| Date Designated | Designation Facility | District |
|---|---|---|
| 07/28/2022 | FMC DEVENS | D/MA |

| Voluntary Surrender | Voluntary Surrender Date | |
|---|---|---|
| Yes | 08/31/2022 | |

**Confidentiality Notice:** This report contains unclassified law enforcement sensitive information and is the property of the U.S. Marshals Service. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured, and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.