```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :
     -against-                         :   ORDER
                                       :   21-CR-00273
Hugo Javier Mendoza-Ubillus            :
                                       :
         Defendant                     :
                                       :
---------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/22
```

Valerie E. Caproni, United States District Judge:

ORDERED that the defendant's conditions of release be modified to remove curfew enforced by GPS prior to surrender and that the defendant not be required to travel to his designated facility while under GPS monitoring.

Dated: New York, New York
       August  30 , 2022

                                   SO ORDERED

                                   _____
                                   Honorable Valerie E. Caproni
                                   United States District Judge